UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHELLE FLEISHMAN,

                Plaintiff,

-against-

E! NETWORKS PRODUCTION, LCC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 2309 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

The June 25, 2020 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Wang for General Pretrial.

Dated: June 8, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE