UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| MICHELLE FLEISHMAN, | |
| Plaintiff, | 20-CV-2309 (GBD) (OTW) |
| -against- | **ORDER** |
| E! NETWORKS PRODUCTIONS, LLC, | |
| Defendant. | |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Pursuant to the initial conference held on July 1, 2020, it is hereby **ORDERED** that:

- The following briefing schedule shall apply to Defendant's motion to dismiss the amended complaint: Defendant's motion to dismiss is due **by July 24, 2020**; Plaintiff's opposition is due **by August 7, 2020**; and Defendant's reply is due by **August 21, 2020**;

- This case is stayed, on consent of both parties, pending a decision on the motion to dismiss;

- Plaintiff shall provide Defendant with initial disclosures by close of business **today**.

**SO ORDERED.**

Dated: July 1, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Case 1:20-cv-02309-GBD-OTW   Document 22   Filed 07/01/20   Page 2 of 2